# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALFAMODES LOGISTICS LIMITED LIABILITY COMPANY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| CATALENT PHARMA SOLUTIONS, LLC, | : | NO. 09-3543 |
| Defendant. | : | |

## ORDER

AND NOW, this 25th day of April, 2011, it is hereby ORDERED that the Plaintiff/Third-Party Defendants' Petition for Contempt Against Daniel Latta, Steve Lieb and East Coast Transport and Logistics, LLC (Docket No. 91) is DENIED without prejudice.

        BY THE COURT:

        <u>S/Gene E.K. Pratter</u>
        GENE E.K. PRATTER
        United States District Judge