IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALFAMODESS LOGISTICS, LLC, | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | CIVIL ACTION |
| CATALENT PHARMA SOLUTIONS, LLC, | : | |
| *Defendant and Counterclaim &* | : | |
| *Third Party Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| ALFAMODESS LOGISTICS, LLC, | : | No. 09-3543 |
| *Counterclaim Defendant, and* | : | |
| MARK ODESSA *and* | : | |
| STEPHAN THOMAS NAREWSKI, | : | |
| *Third Party Defendants*. | : | |

**O R D E R   *of*   J U D G M E N T**

**AND NOW**, this 11th day of September, 2014, following a bench trial held from March 4 to 6, 2014, the Court renders a verdict—

1. on Catalent Pharma Solutions, LLC's ("Catalent") unjust enrichment claim,

    a. in favor Catalent and against AlfaModess Logistics, LLC ("AlfaModess"), in the amount of $794,018, *and*

    b. against Catalent and in favor of Mark Odessa;

2. on Catalent's fraud, conversion, civil conspiracy, and aiding and abetting claims, against Catalent and in favor of the Counterclaim and Third Party Defendants;

3. on AlfaModess's breach of implied contract claim, against AlfaModess and in favor of Catalent,

4. on AlfaModess's unjust enrichment claim, in favor of AlfaModess and against Catalent in the amount of $19,366; *and*

1

2

5. on AlfaModess's fraud claim, in favor of Catalent,

6. **for a JUDGMENT in favor of Catalent against AlfaModess in the amount of $774,652**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge